1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         CENTRAL DISTRICT OF CALIFORNIA

10   WALTER MAE SMITH,                    )   Case No. CV 07-6470-PJW
                                          )
11                  Plaintiff,            )
                                          )   J U D G M E N T
12           v.                           )
                                          )
13   MICHAEL J. ASTRUE,                   )
     COMMISSIONER OF THE                  )
14   SOCIAL SECURITY ADMINISTRATION,      )
                                          )
15                  Defendant.            )
     _____)

16

17        In accordance with the Memorandum Opinion and Order filed

18   herewith,

19        IT IS HEREBY ADJUDGED that the decision of the Commissioner of

20   the Social Security Administration is reversed and the action is

21   remanded to the Agency for further proceedings consistent with this

22   decision.

23        DATED:      2/20/09              .

24

25

26   _____
                                     PATRICK J. WALSH
27                                   UNITED STATES MAGISTRATE JUDGE

28   S:\PJW\Cases-Soc Sec\SMITH, W 6470\judgment.wpd